IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04CV261-1-T
(3:97CR22 -T)

| | |
|---|---|
| WILLIE JEROME MACKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed May 21, 2004; Petitioner's Motion for Inclusion in the Record, filed September 27, 2004; Petitioner's Motion to Amend, filed September 29, 2005; and Petitioner's Motion to Supplement, filed January 17, 2006.

After careful review of the motions and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**IT IS, THEREFORE, ORDERED** that the United States Attorney file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct

Sentence, Petitioner's Motion for Inclusion in the Record, Petitioner's Motion to Amend, and Petitioner's Motion to Supplement, detailing Petitioner's allegations and responding to each no later than 60 days from the entry of this Order.

Signed: May 14, 2007

Lacy H. Thornburg
United States District Judge